IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DELORES EDITH BUNCH-
KEEMER BEY,

    Plaintiff,

v.

STATE OF GEORGIA, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:18-CV-2860-LMM-RGV

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation ("R&R"), Dkt. No. [4], recommending that Plaintiff's Complaint be dismissed as frivolous and, to the extent Plaintiff is attempting to remove case number 18-D-30 from Cobb County State Court, that the action be remanded to that court.

Under 28 U.S.C. § 636(b)(1), the Court reviews the Magistrate's Report and Recommendations for clear error if no objections are filed to the report. 28 U.S.C. § 636(b)(1). If a party files objections, however, the district court must determine *de novo* any part of the Magistrate Judge's disposition that is the subject of a proper objection. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b).

Plaintiff has made a filing since the R&R was issued, which includes an "Amended Notice of Eviction" and an "Affidavit of Fact," but neither of these documents include any objections to the Magistrate Judge's recommendations. As Plaintiff has not challenged those findings, and the Court finds that even under a *de novo* review they were rightly decided, the R&R is **ADOPTED** as the order of this Court. Plaintiff's Complaint is **DISMISSED, as frivolous** and, to the extent Plaintiff is attempting to remove case number 18-D-30 from Cobb County State Court, that the action is **REMANDED** to that court.

**IT IS SO ORDERED** this 23rd day of July, 2018.

_____
**Leigh Martin May**
**United States District Judge**