# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DELORES EDITH BUNCH-KEEMER BEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF GEORGIA, et al,<br><br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:18-cv-2860-LMM |

## J U D G M E N T

This action having come before the court, Leigh Martin May, United States District Judge, for consideration of the magistrate's report and recommendation, and the court having adopted the same, it is

**Ordered and Adjudged** that the action be **DISMISSED, as frivolous** and REMANDING case number 18-D-30 to the Cobb County State Court.

Dated at Atlanta, Georgia this 23rd day of July, 2018.

　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　By:　s/ Harry F. Martin
　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
　July 23, 2018
James N. Hatten
Clerk of Court


By: s/ Harry F. Martin
　　　Deputy Clerk